**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**FREEDOM FRANCHISE SALES, LLC,**
a Florida limited liability company,

                Plaintiff,               **CASE NO.  3:09-cv-929-J-25HTS**

v.

**FLORIDA BOAT CLUB, LLC,** a Florida
limited liability company, **AQUA DIRECT,
LLC,** a Florida limited liability company, **J.
WEST JACKSON,** an individual,
**MICHAEL MOORE,** an individual, **J.
PHILLIP HOLLEY,** an individual, **RUDY
THEALE,** an individual,

                Defendants.

_____/

**NOTICE OF SETTLEMENT AMONG PLAINTIFF FREEDOM FRANCHISE SALES,
LLC AND DEFENDANTS FLORIDA BOAT CLUB, LLC, J. WEST JACKSON, J.
PHILLIP HOLLEY, AND MICHAEL MOORE**

      As required by Local Rule 3.08(a) of the United States District Court for the Middle

District of Florida, Plaintiff Freedom Franchise Sales, LLC ("Freedom"), on behalf of itself and

the Settling Defendants, provides notice that it has reached a voluntary settlement agreement on

all claims between it and the following Defendants:  Florida Boat Club, LLC, J. West Jackson, J.

Phillip Holley, and Michael Moore ("Settling Defendants").  All pending motions between the

settling parties are hereby withdrawn.

      Freedom shall prepare and file a notice of dismissal with prejudice as to all dismissed

claims and parties.  Freedom shall continue to litigate all claims and counterclaims between it

and Defendants Aqua Direct, LLC and Rudy Theale ("Non-Settling Defendants").  Additionally,

the Settling Defendants and Non-Settling Defendants have asserted certain cross claims against each other that will continue being litigated.

RESPECTFULLY SUBMITTED this 19th day of January, 2010.

**ROGERS TOWERS, P.A.**

By: _____ S/ René M. Fix _____

René M. Fix
Florida Bar No. 189545
Richard S. Vermut
Florida Bar No. 86746
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32207
(904) 398-3911 (telephone)
(904) 396-0663 (facsimile)
rfix@rtlaw.com (email)
rvermut@rtlaw.com (email)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of January, 2010, the foregoing *Notice of Settlement* has been filed electronically with the Court via CM/ECF, with a copy forwarded via first-class mail to the following: Michael R. Moore, *pro se*, 215 Parkside Drive, St. Augustine, Florida, 32095.

_____ S/ René M. Fix _____
Attorney